IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THOMAS EARL CRAIN**                                                            **PLAINTIFF**

**v.**                                                         **CAUSE NO. 1:14CV144-LG-JCG**

**CAROLYN W. COLVIN, Acting**
**Commissioner of Social Security**                                         **DEFENDANT**

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation [21] entered by United States Magistrate Judge John C. Gargiulo, the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation [21] entered by United States Magistrate Judge John C. Gargiulo, be, and the same hereby is, **ADOPTED** as the finding of this Court.  The Commissioner's decision denying disability insurance benefits to Thomas Earl Crain is **AFFIRMED**.

**SO ORDERED AND ADJUDGED** this the 24th day of August, 2016.

                                                                   s/ *Louis Guirola, Jr.*
                                                                   LOUIS GUIROLA, JR.
                                                                   CHIEF U.S. DISTRICT JUDGE